IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00889-BNB


GARY ALLEN KEMPER,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,
SOCIAL SECURITY,
DAVID E. WELLS,
SOCIAL SECURITY ADMINISTRATION OFFICE OF DISABILITY ADJUDICATION
      AND REVIEW,
MARSHA STROUP,
COLORADO DEPARTMENT OF HUMAN SERVICES, DISABILITY DETERMINATION
      SERVICES,
CASSANDRA L. POWERS, and
KERRY KAMER, D.O., QUTCB,

      Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be placed on the AP docket.  Accordingly, it is

      ORDERED that this case shall be placed on the AP docket.  It is

      FURTHER ORDERED that Carolyn W. Colvin became acting Commissioner of

Social Security on February 14, 2013.  Therefore, she is substituted for Michael J.

Astrue as the named defendant.  It is

FURTHER ORDERED that Carolyn W. Colvin is the only properly named defendant in this action, *see* 42 U.S.C. § 405(g), and the remaining defendants shall be removed from the Docket.

DATED April 17, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge