IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-889-AP**

**GARY ALLEN KEMPER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion to Cite Supplemental Authority (doc. #23) is **GRANTED.** The two additional pages submitted with plaintiff's motion are accepted as filed.

Dated:  September 4, 2013