IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **13-cv-889-AP**

**GARY ALLEN KEMPER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      Mr. Kemper, your "Motion Factual Account" (doc. #25), filed on this date is apparently asking about benefits "granted" in a September 4, 2013 Minute Order. That Minute Order did not grant any kind of benefits, we were simply telling you that we received the documents you sent to us.  Just to be clear, no ruling whatsoever has been made in your case, and will not be made until the defendant has an opportunity to respond (response due on September 23, 2013), and you have an opportunity to reply (reply due on October 8, 2013).  The motion is denied as moot.

---

Dated:  September 12, 2013